# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Jose A. Rangel Perez,
    Plaintiff,
       v.

**CASE NUMBER:** 98-1845 (HL)

Estado Libre Asociado de Puerto Rico, et al.,
    Defendants.

---

## MOTION

**Date Filed: 11/4/98      Docket #11      [] Plffs  [x] Defts**
**Title: Motion to Dismiss the Complaint**
**Opp'n Filed:      Docket #**

---

## ORDER

    Granted.  Plaintiff's complaint is dismissed with respect to Defendants Zoe Laboy and Aida Guzman Font.  Plaintiff has failed to allege any facts showing a causal relationship between the actions of Defendants and the harm suffered by Plaintiff.  Thus, Plaintiff has failed to state a claim upon which relief can be granted.  See Fed. R. Civ. P. 12(b)(6).

    The Clerk of the Court shall enter Defendants Carlos Douglass and William Torres Santiago in default.  These defendants were both served with process on August 17, 1998.  More than 20 days have passed since they were served with process.  See Fed. R. Civ. P. 12(a)(1)(A).

---

Date 10/17/99      **HECTOR M. LAFFITTE**
             **Chief U.S. District Judge**

| Rec'd: | EOD: |
|--------|------|
| By: | # |



