FILED PURSUANT TO FRCP RULES 58 & 79a

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
99 OCT 18 PM 1:46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Jose A. Rangel Perez,
    Plaintiff,
V.
Estado Libre Asociado de Puerto Rico, et al.,
    Defendants.

CASE NUMBER: 98-1845 (HL)

| MOTION | PARTIAL JUDGMENT |
|---|---|
| **Date Filed:**<br>[] Plaintiff<br>[ ] Other<br>**Title:** | **Docket #**<br>[] Defendant | The Court having issued an order on this same date dismissing Plaintiff's complaint with respect to Defendants Zoe Laboy and Aida Guzman, partial judgment is entered dismissing without prejudice Plaintiff's complaint regarding Defendants Zoe Laboy and Aida Guzman. |

Date 10/17/99

HECTOR M. LAFFITTE
Chief U.S. District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # |


