# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Jose A. Rangel Perez,
    Plaintiff,

       v.                                    CASE NUMBER: 98-1845 (HL)

Estado Libre Asociado de Puerto Rico, et al.,
    Defendants.

## MOTION

| Date Filed: | Docket # | [] Plffs  [] Defts |
|---|---|---|
| Title: | | |
| Opp'n Filed: | Docket # | |

## ORDER

Defendants Carlos Douglass and William Torres Santiago are ordered to show good cause by November 8, 1999 why default judgment should not be entered against them.

Date 10/25/99      HECTOR M. LAFFITTE
                             Chief U.S. District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # |



