UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Jose A. Rangel Perez,
    Plaintiff,

v.

Estado Libre Asociado de Puerto Rico, et al.,
    Defendants.

**CASE NUMBER:** 98-1845 (HL)

| MOTION |
|---|
| Date Filed: 12/18/98   Docket #13   [] Plffs [x] Defts |
| Title: Motion to Adjudicate |
| Opp'n Filed:   Docket # |

| ORDER |
|---|
| Moot. See Dkt. No. 15. |

Date 11\5\99

HECTOR M. LAFFITTE
Chief U.S. District Judge

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
99 NOV -5 AM 11:58

Rec'd:       EOD:

By:       #


