UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Jose A. Rangel Perez,
    Plaintiff,
    v.
Estado Libre Asociado de Puerto Rico, et al.,
    Defendants.

CASE NUMBER: 98-1845 (HL)

## MOTION

Date Filed: 6/15/99    Docket #14    [ ] Plffs [x] Defts
Title: Motion to Withdraw
Opp'n Filed:    Docket #

## ORDER

Granted.

Date 11/4/99

HECTOR M. LAFFITTE
Chief U.S. District Judge

Rec'd:    EOD:

By:    #

