# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Jose A. Rangel Perez,
    Plaintiff,
    v.                                            **CASE NUMBER:** 98-1845 (HL)
Estado Libre Asociado de Puerto Rico, et al.,
    Defendants.

## MOTION

Date Filed: 10/18/99 and 10/26/99    Docket # 15, 17    [] Plffs  [] Defts
Title:
Opp'n Filed:    Docket #

## ORDER

    The portion of the Court's order, Dkt. No. 15, in which the Court ordered that Defendants Carlos Douglass and William Santiago be entered in default is vacated. Further, the order to Defendants Carlos Douglass and William Santiago to show good cause why default judgment should not be entered against them is also vacated. See Dkt. No. 17. These orders are vacated because Plaintiff's service of process on these two defendants failed to comply with Fed. R. Civ. P. 4(e).
    Further, Plaintiff's complaint was filed on July 22, 1998. More than 120 days have passed without adequate service of process. See Fed. R. Civ. P. 4(m). Plaintiff is ordered to show good cause by November 23, 1999 why his complaint against Defendants Carlos Douglass and William Santiago should not be dismissed.

Date 11-09-99    HECTOR M. LAFFITTE
    Chief U.S. District Judge


