UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Jose A. Rangel Perez,
    Plaintiffs,

v.

Commonwealth of Puerto Rico, et al.,
    Defendants.

CASE NUMBER: 98-1845 (HL)

| MOTION |
|---|
| Date Filed: 11/10/99   Docket #21   [ ] Plffs [x] Defts |
| Title: Motion Requesting Default Entry to be Set Aside |
| Opp'n Filed:   Docket # |

| ORDER |
|---|
| Moot. See Dkt. No. 20. |

Date 11/22/99    HECTOR M. LAFFITTE
                                Chief U.S. District Judge

RECEIVED & FILED
99 NOV 22 AM 8:02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.


