## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Jose A. Rangel Perez,
    Plaintiff,

v.

Estado Libre Asociado de Puerto Rico, et al.,
    Defendants.

**CASE NUMBER: 98-1845 (HL)**

---

### MOTION

| Date Filed: | Docket # | [] Plffs [] Defts |
|---|---|---|
| Title: | | |
| Opp'n Filed: | Docket # | |

### ORDER

On November 9, 1999, this Court ordered Plaintiff to show good cause by November 23, 1999 why his complaint against Defendants Carlos Douglass and William Santiago should not be dismissed without prejudice for failure to comply with Fed. R. Civ. P. 4(m). Plaintiff has failed to do so. Plaintiff's complaint is dismissed without prejudice.

Date 11/3../99

HECTOR M. LAFFITTE
Chief U.S. District Judge


