ENTERED ON DOCKET
12/2/99 PURSUANT
TO FRCP RULES 58 & 79a

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Jose A. Rangel Perez
    Plaintiff,
    V.                                                      **CASE NUMBER: 98-1845 (HL)**
Estado Libre Asociado de Puerto Rico, et al.,
    Defendants.

| JUDGMENT |
|---|
| The Court having issued an order on this same date, judgment is hereby entered dismissing this case without prejudice. |

Date 11-30-99   HECTOR M. LAFFITTE
                 Chief United States District Judge

99 DEC -2 AM 8:25   RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

