# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Jose A. Rangel Perez,
    Plaintiff,

v.                                      **CASE NUMBER: 98-1845 (HL)**

Estado Libre Asociado de Puerto Rico, et al.,
    Defendants.

## MOTION

Date Filed: 12/8/99      Docket #26      [ ] Plffs [x] Defts
Title: Motion to Dismiss Pursuant to Rules 12(b)(1) and 21
Opp'n Filed:      Docket #

## ORDER

Moot. See Dkt. No. 24.

Date 12/14/99             HECTOR M. LAFFITTE
                                 Chief U.S. District Judge


