UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Jose A. Rangel Perez,
    Plaintiff,
        v.                             CASE NUMBER: 98-1845 (HL)
Estado Libre Asociado de Puerto Rico, et al.,
    Defendants.

## MOTION

Date Filed: 12/16/99    Docket #28    [x] Plffs [] Defts
Title: Motion to Alter Judgment and Notice of Appearance
Opp'n Filed:    Docket #

## ORDER

    The order and judgment dismissing this case, Dkt. Nos. 24 and 25, are hereby vacated. Further, the U.S. Marshall is ordered to serve process on behalf of Plaintiff in accordance with 28 U.S.C. § 1915(d) and Fed. R. Civ. P. 4(c)(2).

Date 2/3/00            HECTOR M. LAFFITTE
                        Chief U.S. District Judge


