UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Jose A. Rangel Perez,
    Plaintiff,
V.
Estado Libre Asociado de Puerto Rico, et al.,
    Defendants.

CASE NUMBER: 98-1845 (HL)

## ORDER

Plaintiff is hereby ordered to commence the payment of the filing fee in installments in accordance with 28 U.S.C. § 1915(b). Failure to submit the first installment by November 3, 2000 shall result in the dismissal of this case.

Date 10/2/00

HECTOR M. LAFFITTE
Chief U.S. District Judge