# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Jose A. Rangel Perez,
    Plaintiff,
    V.              CASE NUMBER: 98-1845 (HL)
Estado Libre Asociado de Puerto Rico, et al.,
    Defendants.

## ORDER

On October 3, 2000, the Court ordered Plaintiff to commence the payment of the filing fee in installments as required by 28 U.S.C. § 1915(a)(2). The Court further informed Plaintiff that failure to submit the first installment by November 3, 2000 would result in the immediate dismissal of this case. Plaintiff has failed to submit any payment or motion to the Court. Accordingly, this case is hereby dismissed without prejudice. Judgment shall be entered accordingly.

Date )1-29-00     HECTOR M. LAFFITTE
                       Chief U.S. District Judge

