UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Jose A. Rangel Perez,
    Plaintiff,
V.                                          CASE NUMBER: 98-1845 (HL)
Estado Libre Asociado de Puerto Rico, et al.,
    Defendants.

| JUDGMENT |
|---|
| The Court having issued an order on this same date, judgment is hereby entered dismissing this case without prejudice. |

Date  11/29/00          HECTOR M. LAFFITTE
                        Chief U.S. District Judge

